PEOPLE v MICHNIAK. Appeal from Recorder's Court of Detroit, Joseph A. Gillis, J. Submitted Division 1 April 4, 1972, at Grand Rapids. (Docket No. 10677.) Decided May 2, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Arthur N. Bishop,* Assistant Prosecuting Attorney, for the people.

*Charles Burke, for defendant on appeal.*

Before: T. M. BURNS, P. J., and R. B. BURNS and FITZGERALD, JJ.

MEMORANDUM OPINION. Defendant pleaded guilty and was convicted of assault with intent to rob being armed. Defendant appeals as of right and the people have filed a motion to affirm.

An examination of the record and briefs discloses no prejudicial error.

The motion to affirm is granted.